UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| KENNETH JEROME BELLAMY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV409-077 |
| AL ST. LAWRENCE, | ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Complaining of his conditions of confinement, detainee-plaintiff Kenneth Jerome Bellamy brought this 42 U.S.C. § 1983 case and successfully moved for leave to proceed in forma pauperis. Docs. 1, 2, 5. However, the Court directed him to submit the appropriate forms under the Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321, enacted on April 26, 1996. Doc. 5. The PLRA requires all prisoners, even those who are allowed to proceed in forma pauperis, to pay the full filing fee of $350.00. 28 U.S.C. § 1915(b)(1). *Id.* The Court later denied Bellamy's motion for an extension of time to comply, docs. 6, 8, and the docket shows that that last order has been returned "undelivered." June

1, 2009 docket entry. It has been the obligation of plaintiff, like every other litigant, to keep the Court apprised of any change of address. He has failed to do that.

Meanwhile, the Court's IFP Order warned that "Failure to comply with this order by June 15, 2009 shall result in the dismissal of plaintiffs case, without prejudice." Doc. 5 at 4. Because that date has passed without Bellamy's IFP-form compliance, the Court should **DISMISS** his complaint **WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED,** this  2nd  day of July, 2009.

/s/ **G.R. SMITH**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**